Anthony A. Slakis, appellee, v. Joseph J. Krasowski, appellant. Gen. No. 33,352.

Opinion filed May 20, 1929.

Israel S. Berkman, for appellant. Slakis & Spence, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. John R. Grudzein, plaintiff in error. Gen. No. 33,378.

Opinion filed May 20, 1929.

Louis H. Dembo, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Clara Busecke, defendant in error, v. May Casey and James Casey, plaintiffs in error. Gen. No. 33,136.

Opinion filed May 20, 1929. Rehearing denied June 6, 1929.

Charles J. Jenkins, for plaintiffs in error. Smietanka, Rickard & Poulton, for defendant in error; John J. Poulton, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

John S. Crain, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 33,188.

Opinion filed May 20, 1929.

Nelson J. Wilcox, Nelson Trottman and I. C. Belden, for appellant. Jacob Berg, for appellee; Clarence M. Shapiro, of counsel.

Mr. Justice McSurely delivered the opinion of the court.